IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KARA ANN JOHNSTON,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

24cv1613
ELECTRONICALLY FILED

## ORDER OF COURT

AND NOW, this 11th day of December, 2025, upon consideration of the Cross Motions for Summary Judgment filed herein, IT IS HEREBY ORDERED that the Commissioner's Motion for Summary Judgment (Doc. No. 8) is GRANTED, and Plaintiff's Motion for Summary Judgment (Doc. No. 6) is DENIED.

The decision of the Commissioner of Social Security is AFFIRMED.

The Clerk of Court shall mark this CASE CLOSED.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties